IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDOBOTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-381-CFC |
| | ) |
| MEDROBOTICS CORPORATION, | ) **DEMAND FOR JURY TRIAL** |
| | ) |
| Defendant. | ) |

**ANSWER TO DEFENDANT MEDROBOTICS CORPORATION'S COUNTERCLAIM**

Plaintiff Endobotics, LLC ("Endobotics" or "Plaintiff"), by and through its counsel, hereby replies to the Counterclaim included within Defendant Medrobotics Corporation's ("Medrobotics" or "Defendant") Answer to Second Amended Complaint as follows:

**PARTIES**

1. Admitted.

2. Admitted.

**JURISDICTION AND VENUE**

3. Admitted.

4. Admitted.

5. Admitted.

1

6. Admitted.

### FIRST COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,147,650

7. Plaintiff incorporates by reference its responses to Paragraphs 1-6 of the Counterclaim.

8. Admitted.

9. Denied.

10. Plaintiff opposes the relief sough in this Paragraph of the Counterclaim.

### SECOND COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NO. 7,708,758

11. Plaintiff incorporates by reference its responses to Paragraphs 1-10 of the Counterclaim.

12. Admitted.

13. Denied.

14. Plaintiff opposes the relief sough in this Paragraph of the Counterclaim.

## **PRAYER FOR RELIEF**

WHEREFORE, Endobotics respectfully requests that this court enter judgment against Defendant as follows:

A. Enter judgment against Defendant on its counterclaims; and

B. Granting Endobotics such further relief as this Court deems just and proper under the circumstances.

|  |  |
|---|---|
| OF COUNSEL:<br>Joseph M. Casino<br>Rickesh P. Patel<br>WIGGIN AND DANA LLP<br>437 Madison Avenue, 35th Floor<br>New York, NY 10022<br>(212) 490-1700<br><br>Benjamin M. Daniels<br>WIGGIN AND DANA LLP<br>One Century Tower<br>265 Church Street<br>New Haven, CT 06510<br><br>Dated: February 6, 2020 | */s/ Jeff Castellano*<br>John W. Shaw (No. 3362)<br>Jeff Castellano (No. 4837)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>jcastellano@shawkeller.com<br>*Attorneys for Plaintiff* |