IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ENDOBOTICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-381-CFC |
| | ) | |
| MEDROBOTICS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF RELATED CASE</u>

Pursuant to Local Rule 3.1(b)(2) & (3), plaintiff Endobotics, LLC hereby identifies a recently filed action in the District of Massachusetts (*Endobotics, LLC v. Design Standards Corporation* (D. Mass. Case No. 1:20-cv-10742)) as related to this action. This action involves parallel patent infringement claims against Design Standards Corporation, manufacturer of the accused products in this litigation, along with claims under the Defend Trade Secrets Act, Massachusetts trade secret law, breach of contract, unfair competition and state law tort claims against Design Standards Corporation and the defendant here, Medrobotics Corporation. No patent infringement claims are asserted against Medrobotics Corporation in the Massachusetts action. Jurisdiction and venue for new claims directed the filing of this related action in the District of Massachusetts.

Respectfully submitted,

*/s/ Jeff Castellano*
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Plaintiff*

OF COUNSEL:
Joseph M. Casino
Rickesh P. Patel
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
(212) 490-1700

Benjamin M. Daniels
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510

Dated: April 24, 2020