IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDOBOTICS, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 1:19-cv-00381-CFC |
| MEDROBOTICS CORPORATION, | |
| Defendant. | |

### ~~PROPOSED~~ ORDER

WHEREAS, on July 13, 2020, Devlin Law Firm LLC and Parker Intellectual Property Law LLC filed a Motion for Leave to Withdraw as Counsel for Defendant Medrobotics Corporation ("Medrobotics") (the "Motion");

WHEREAS, on June 24, 2020, the Motion was served on Medrobotics via certified mail to Medrobotics' last known address as required by Rule 83.7 of the Delaware Local Rules;

WHEREAS, more than 14 days have passed since service of the Motion on Medrobotics;

WHEREAS, Medrobotics has not communicated opposition to the Motion.

SO ORDERED this 14th day of August 2020 that the Motion is GRANTED.

1. The Devlin Law Firm LLC and Parker Intellectual Property Law LLC are HEREBY WITHDRAWN as counsel for Medrobotics.

2. The Devlin Law Firm LLC and Parker Intellectual Property Law LLC shall send a copy of this Order to Medrobotics by one-day overnight courier, with a tracking number, to its last known physical address and by email to its last know email address within 3 business days of the date of this Order.

1

3. Medrobotics shall retain new counsel, consistent with the Federal Rules of Civil Procedure and the Local Rules of this Court, no later than August 21, 2020.

_____
United States District Court Judge