IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENDOBOTICS, LLC, | ) |
| | ) |
| *Plaintiff,* | ) Redacted- Public Version |
| | ) |
| v. | ) C.A. No. 19-381-CFC |
| | ) |
| MEDROBOTICS CORPORATION, | ) |
| | ) |
| *Defendant.* | ) |

**LETTER TO THE HONORABLE COLM F. CONNOLLY
FROM JEFF CASTELLANO**

OF COUNSEL:
Joseph M. Casino
Rikesh P. Patel
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
(212) 490-1700

Benjamin M. Daniels
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510

Dated: November 30, 2020

John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Plaintiff*



Jeff Castellano
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0703 - Direct
jcastellano@shawkeller.com

November 30, 2020

**BY CM/ECF & HAND DELIVERY**

Redacted- Public Version

The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Endobotics, LLC v. Medrobotics Corporation*, C.A. No. 19-381-CFC

Dear Judge Connolly:

I write on behalf of plaintiff Endobotics, LLC to raise recent developments relevant to Endobotics' pending Motion for Default Judgment (D.I. 43).

In a separate trade secrets case by Endobotics against Defendant Medrobotics Corporation (the defendant in this case), the United States District Court for the District of Massachusetts granted default judgement against Medrobotics on November 24, 2020 in the amount of $53,200,000, trebled to $159,600,000, plus $11,648,614, for a total judgment of $171,248,614, with post-judgment interest as provided by law. The District of Massachusetts order is attached hereto.

Endobotics' Motion for Default Judgment in this case was based in part on Medrobotics' failure to comply with this Court's Order to obtain new counsel by August 21, 2020.  (D.I. 39).  In its September 30, 2020 *pro se* reply to the Motion for Default (D.I. 48), Medrobotics asserted [REDACTED]

[REDACTED] (D.I. 48 at 2).  Medrobotics has yet to appoint counsel and all of claim construction dates have passed without action since Medrobotics identified no claims for construction on August 31, 2020.  The case has no schedule and discovery remains stayed.

Endobotics is concerned that Medrobotics could be using the time before the Motion for Default Judgment is resolved to sell its remaining assets clear from Endobotics' infringement claims. (*See* D.I. 49 at 4).  This concern is growing, as Endobotics has learned that Medrobotics' operations have ceased and Medrobotics

SHAW KELLER LLP
The Honorable Colm F. Connolly
Page 2

is down to its CEO Sam Straface as its sole employee. Our client's information is corroborated by the fact that Medrobotics website no longer lists its management team: https://medrobotics.com/

Endobotics is happy to provide additional information, should the Court find it helpful in ruling on Endobotics' Motion for Default Judgment.

                                    Respectfully submitted,

                                    */s/ Jeff Castellano*

                                    Jeff Castellano (No. 4837)

cc:    Clerk of the Court (via CM/ECF and hand delivery)
        Medrobotics Corp. (via FedEx and email)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **ENDOBOTICS, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 20-10742-FDS |
| **DESIGN STANDARDS CORPORATION** | ) | |
| **and MEDROBOTICS CORPORATION,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# DEFAULT JUDGMENT

Defendant Medrobotics Corporation has failed to plead or otherwise defend in this action and a default has been entered against it. Upon application of plaintiff Endobotics, LLC, and affidavits demonstrating that defendant owes plaintiff the sum of $53,200,000 (trebled to $159,600,000 pursuant to Mass. Gen. Laws ch. 93A), and that defendant is not an infant or incompetent person or in the military service of the United States,

It is hereby ORDERED, ADJUDGED and DECREED that plaintiff recover from defendant Medrobotics the principal amount of $53,200,000 (trebled to $159,600,000 pursuant to Mass. Gen. Laws ch. 93A), and prejudgment interest at the rate of 12% from April 15, 2020, to November 23, 2020, in the amount of $ 11,648,614, for a total judgment of $ 171,248,614, with post-judgment interest as provided by law.

By the Court,

 */s/ Christine Bono*
Dated: November 24, 2020   DEPUTY CLERK